# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER BANGCAYA,<br><br>  Plaintiff(s),<br><br>v.<br><br>CAPITAL ONE BANK (USA) N.A.,<br><br>  Defendant(s). | Case No.: 2:18-cv-01026-GMN-NJK<br><br>**Order** |

In light of the notice of settlement, Docket No. 26, the settlement conference in this case is **VACATED**. Dismissal papers shall be filed by June 17, 2019.

IT IS SO ORDERED.

Dated: May 17, 2019

Nancy J. Koppe
United States Magistrate Judge